Gifford D. WARNER, Petitioner-Appellant

v.

ZENITH STEAMSHIP CORPORA-TION et al., Claimants-Appellees.

No. 4835.

United States Court of Appeals First Circuit.

June 10, 1954.

Gifford D. Warner, Essex, Conn., pro se.

Thomas H. Walsh, Boston, Mass. (Leo F. Glynn, Boston, Mass., and Wilbur E. Dow, Jr., New York City, on the brief), for Zenith S. S. Corp.

Charles S. Bolster, Boston, Mass. (Bingham, Dana & Gould, Boston, Mass., on the brief), for Esso Standard Oil Co.

Joseph F. Dolan, Boston, Mass., John C. Crawley and Ezra G. Benedict Fox, New York City, on the brief of National Bulk Carriers, Inc., amici curiæ.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

The decree of the District Court is affirmed. Cuttyhunk Boat Lines v. The Pendleton, 119 F.Supp. 608, 1954 A.M. C. 123.

---

BUSINESS FINANCE CORPORA-TION et al., Appellants,

v.

KLEIN MANUFACTURING COM-PANY, Inc., Debtor.

No. 14961.

United States Court of Appeals, Eighth Circuit.

May 7, 1954.

Herman M. Katcher and Joseph Nessenfeld, St. Louis, Mo., for appellants.

John E. Curby and Morris J. Levin, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed for want of prosecution.

---

Lottie E. HARRIS, Guardian of Nancy Jane Beck, a Minor, et al.

v.

EAGLE–PICHER COMPANY, a Corporation.

No. 4813.

United States Court of Appeals, Tenth Circuit.

April 21, 1954.

W. Rodney Devilliers, Miami, Okl., and J. Paul Jorgensen, Wichita, Kan., for appellants.

Wallace, Wallace & Owens, Miami, Okl., for appellee.

Before PHILLIPS, Chief Judge, and KNOUS, District Judge.

PER CURIAM.

Appeal dismissed for failure of appellants diligently to prosecute.